SOPHIE HARRIS, Appellant, v. ANTHONY HARRIS, Respondent.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of the Application of MICHAEL J. MONOHAN, Appellant, v. JOSEPH D. BANNON, as President, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

JACOB RUPPERT, Respondent, v. JOHN STONE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

JACOB RUPPERT, Respondent, v. HENRY U. SINGHI, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

EDWARD N. BREITUNG, Respondent, v. WILLIAM A. ROSS, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

GEORGE WEISER and Another, Individually and as Copartners, etc., Respondents, v. JULIUS LUBARSKY and Others, Appellants.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARY V. SMITH, Respondent, v. FRED S. ROGERS and Others, Appellants.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARTIN HEOLKEN, Respondent, v. AMERICAN SURETY COMPANY, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

M. FEIGEL & BRO., INC., Respondent, v. L. FRANCIS CASOFF, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

FINANCE AND ADVANCING CORPORATION, as Assignee, etc., Appellant, v. ISIDORE HEARTSTEIN and Others, Respondents.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARY COSTELLO, an Infant, etc., Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARTIN HOFFLIN, as Administrator, v. LOUIS M. JOSEPHTHAL and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

CONSOLIDATED BELGIAN LINEN MILLS, INC., v. LINTEX MANUFACTURING CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

LOUISA GIBBS v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.